# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hayden, Katharine S. | 2. Court or Organization<br><br>US District Court - DNJ | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>United States District Court<br>USPO & Courthouse Building<br>Newark, New Jersey 07101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/17-12/17 | Partner, Law Firm - Pashman Stein Walder Hayden PC, Hackensack, NJ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | | | | | |
| 3. - Consolidated Edison Inc. Common Stock | A | Dividend | K | T | | | | | |
| 4. - Duke Energy Corp New Common Stock | A | Dividend | J | T | | | | | |
| 5. - Enterprise Prods Partners LP Common Stock | B | Distribution | K | T | Buy (add'l) | 12/27/17 | J | | |
| 6. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 7. - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8. - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | | | | | |
| 9. - Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 10. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 11. - Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 12. - Aqua America Inc. Common Stock | A | Dividend | K | T | | | | | |
| 13. - AT&T Inc. Common Stock | B | Dividend | K | T | Buy (add'l) | 09/26/17 | J | | |
| 14. - Honeywell Intl Inc. Common Stock | A | Dividend | K | T | | | | | |
| 15. - Microsoft Corp Common Stock | A | Dividend | K | T | | | | | |
| 16. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 17. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | Sold (part) | 08/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. - McDonalds Corp Common Stock | A | Dividend | K | T | | | | | |
| 21. - Wells Fargo & Co Common Stock | A | Dividend | K | T | | | | | |
| 22. - Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | | | | | |
| 23. - Conagra Foods Inc. Common Stock | A | Dividend | K | T | | | | | |
| 24. - Deere & Co. Common Stock | A | Dividend | K | T | | | | | |
| 25. - General Electric Co. Common Stock | A | Dividend | J | T | Sold (part) | 05/31/17 | J | | |
| 26. - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 27. - Mondelez Intl Inc. Common Stock | A | Dividend | J | T | | | | | |
| 28. - National Oilwell Varco Inc. Common Stock | A | Dividend | | | Sold | 12/14/17 | J | | |
| 29. - Nustar Energy LP Common Stock | B | Distribution | J | T | | | | | |
| 30. - Parker-Hannifin Corp. Common Stock | A | Dividend | K | T | | | | | |
| 31. - Philip Morris Intl Inc. Common Stock | B | Dividend | K | T | | | | | |
| 32. - Quanta Services Inc. Common Stock | | None | K | T | | | | | |
| 33. - Raytheon Company Common Stock | A | Dividend | K | T | | | | | |
| 34. - Florida Citizens Ppty Ins Corp Sr Sec Municipal Bond | A | Interest | | | Redeemed | 06/01/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni of Med/Den of NJ | C | Interest | L | T | | | | | |
| 36. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | B | Interest | K | T | | | | | |
| 37. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | K | T | | | | | |
| 38. - Boeing Co. Common Stock | B | Dividend | L | T | Sold (part) | 05/31/17 | J | D | |
| 39. | | | | | Sold (part) | 09/01/17 | J | C | |
| 40. - New York Community Bancorp Common Stock | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 41. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | | | | | |
| 42. - Casino Reinvestment Dev Auth NJ Bond | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 43. - NJ Higher Ed Assistant Auth Bond | B | Interest | K | T | Redeemed (part) | 06/13/17 | J | | |
| 44. - DowDupont Inc. (formerly EI Du Pont De Nemours & Co.) Common Stock | A | Dividend | K | T | | | | | See Note in Part VIII |
| 45. - Emerson Electric Co Common Stock | A | Dividend | K | T | | | | | |
| 46. - Nucor Corp Common Stock | A | Dividend | K | T | | | | | |
| 47. - Morgan Stanley Bank NA Bank Deposit Program | A | Interest | M | T | | | | | |
| 48. - Buckeye Partners LP | B | Distribution | J | T | | | | | |
| 49. - Eaton Corp. PLC SHS Common Stock | A | Distribution | J | T | | | | | |
| 50. - MSA Safety Inc. Common Stock | A | Dividend | K | T | | | | | |
| 51. - Pentair Plc Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Weyerhauser Co. Common Stock | A | Distribution | J | T | | | | | |
| 53.  - Xylem Inc. Common Stock | A | Dividend | K | T | | | | | |
| 54.  - Apple Inc. Common Stock | A | Dividend | J | T | | | | | |
| 55.  - BP PLC ADS Common Stock | A | Dividend | J | T | | | | | |
| 56.  - Hartford Fin Sers Grp Inc Common Stock | A | Dividend | J | T | | | | | |
| 57.  - Timken Co Common Stock | A | Dividend | K | T | | | | | |
| 58.  - Puerto Rico Elec Pwr Auth Rev Ref Ser-MM Bond | B | Interest | K | T | | | | | |
| 59.  - Conoco Phillips Common Stock | A | Dividend | J | T | | | | | |
| 60.  - Exelon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 61.  - Halliburton Co Common Stock | A | Dividend | | | Sold | 10/25/17 | J | | |
| 62.  - Halyard Health Inc Common Stock | | None | | | Sold | 05/31/17 | J | | |
| 63.  - Seaworld Entertainment Inc. Common Stock | | None | | | Sold | 12/14/17 | J | | |
| 64.  - John Hancock Bk & Thrift Fund | A | Dividend | J | T | | | | | |
| 65. | A | Distribution | | | | | | | |
| 66.  - Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 67.  - Steel Dynamics Inc Common Stock | A | Dividend | K | T | | | | | |
| 68.  - Pimco Dyn Credit & Mort Inc Fd | A | Dividend | | | Sold | 06/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Kraft Heinz Co Common Stock | A | Dividend | J | T | | | | | |
| 70.  - Aerie Pharmaceuticals Inc. Common Stock | | None | K | T | Buy (add'l) | 02/07/17 | J | | |
| 71. | | | | | Buy (add'l) | 02/17/17 | J | | |
| 72. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 73.  - Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 74.  - Quotient Ltd Shs Common Stock | | None | J | T | Buy (add'l) | 01/13/17 | J | | |
| 75. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 76. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 77.  - Lamb Weston Hldgs Inc Common Stock | A | Dividend | J | T | | | | | |
| 78.  - Cypress Semiconductor Common Stock | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 79. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 80.  - Cancer Genetics Inc. Common Stock | | None | J | T | Buy | 02/07/17 | J | | |
| 81.  - Global Blood Therapeutics Common Stock | | None | J | T | Buy | 03/03/17 | J | | |
| 82. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 83. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 84.  - Maxwell Tech Inc. Common Stock | | None | J | T | Buy | 03/17/17 | J | | |
| 85. | | | | | Buy (add'l) | 09/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 87. - Sabre Corporation Common Stock | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 88. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 89. - Morgan Stanley Bank NA | A | Interest | K | T | | | | | |
| 90. IRA/401K ACCOUNTS (H) | | | | | | | | | |
| 91. - Morgan Stanley Bank NA Cash Account | A | Interest | M | T | | | | | |
| 92. - Morgan Stanley Private Bank NA Cash Account (Y) | | | | | | | | | See Note in Part VIII |
| 93. - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 94. - Bank of America Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 95. - Bank of New York Mellon Corp Common Stock | A | Dividend | J | T | | | | | |
| 96. - BB&T Corp Common Stock | A | Dividend | J | T | | | | | |
| 97. - Celgene Corp Common Stock | | None | J | T | Buy (add'l) | 02/16/17 | J | | |
| 98. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 99. - Cisco Sys Inc Common Stock | A | Dividend | J | T | | | | | |
| 100. - Cubesmart Common Stock | A | Dividend | J | T | | | | | |
| 101. - Diebold NXFD Inc Common Stock | A | Dividend | J | T | | | | | |
| 102. - DowDupont Inc. (formerly Dow Chemical Co) Common Stock | A | Dividend | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Emerson Electric Co Common Stock | A | Dividend | J | T | | | | | |
| 104. - Endurance Specialty Hldgs Ltd Common Stock | A | Dividend | | | Sold | 03/29/17 | J | C | |
| 105. - General Electric Co Common Stock | A | Dividend | J | T | Buy (add'l) | 02/06/17 | J | | |
| 106. - Hollyfrontier Corp Common Stock | A | Dividend | J | T | | | | | |
| 107. - Kinder Morgan Incorp Common Stock | A | Dividend | J | T | | | | | |
| 108. - Marathon Petroleum Corp Common Stock | A | Dividend | J | T | | | | | |
| 109. - Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 110. - Metlife Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 111. - Novo Nordisk A.S ADR Common Stock | A | Dividend | J | T | | | | | |
| 112. - Old Republic Intl CP Common Stock | A | Dividend | J | T | | | | | |
| 113. - Paypal Hldgs Inc Common Stock | | None | J | T | | | | | |
| 114. - Pfizer Inc Common Stock | A | Dividend | J | T | | | | | |
| 115. - Qualcomm Inc Common Stock | A | Dividend | J | T | | | | | |
| 116. - Teva Pharmaceuticasls ADR Common Stock | A | Dividend | | | Buy (add'l) | 02/16/17 | J | | |
| 117. | | | | | Sold | 08/04/17 | J | | |
| 118. - Toronto Dom Bk New Common Stock | A | Dividend | J | T | | | | | |
| 119. - US Bancorp New Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Unilever PLC Common Stock | A | Dividend | J | T | | | | | |
| 121. - Wells Fargo & Co New Common Stock | A | Dividend | J | T | | | | | |
| 122. - Weyerhaeuser Co Common Stock | A | Dividend | J | T | | | | | |
| 123. - T Rowe Price Sm Cap Val Adv Fund | A | Dividend | M | T | | | | | |
| 124. | C | Distribution | | | | | | | |
| 125. - AT&T Common Stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 126. - Bristol Myers Squibb Co Common Stock | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 127. - Cypress Semiconductor Common Stock | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 128. - Gladstone Land Corp Common Stock | A | Dividend | J | T | Buy | 01/13/17 | J | | |
| 129. - John Hancock Financial Opps Fd | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 130. - Hannon Armstrong Sys Info Common Stock | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 131. - Maxwell Tech Inc. Common Stock | | None | J | T | Buy | 11/20/17 | J | | |
| 132. - New SR Invt. Group Common Stock | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 133. - Nucor Corp Common Stock | | None | J | T | Buy | 12/01/17 | J | | |
| 134. - Permian Basin Rlty Uni Bl Common Stock | A | Distribution | J | T | Buy | 02/17/17 | J | | |
| 135. - Sabre Corporation Common Stock | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 136. | | | | | Buy (add'l) | 10/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - San Juan Basin Rty Tr UBI Common Stock | A | Distribution | J | T | Buy | 02/22/17 | J | | |
| 138. - Tallgrass Energy Gp, LP Common Stock | | None | J | T | Buy | 11/29/17 | J | | |
| 139. - Templeton Eng Mkt Incm Fd | A | Dividend | J | T | Buy | 03/18/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 44 - Due to a merger with Dow Chemical Company, holders received 1.282 shares of DowDupont Common Stock in exchange for each Ei Dupont common stock on 9/1/2017.

Part VII, Line 92 - Morgan Stanley Private Bank NA Cash Account utilized to purchase additional securities and balance consolidated with Morgan Stanley Bank NA Cash Account

Part VII, Line 102 - Due to a merger with Ei Du Pont De Nemours, holder received 1 share of DowDupont Common Stock in exchange for each share of Dow Chemical Company on 9/1/2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544